UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOON SAYAVONG, | Case No.  1:26-cv-03078-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On April 22, 2026, Plaintiff Walter Boon Sayavong ("Plaintiff"), filed this action seeking review of a decision from the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Insurance and Supplemental Security Income benefits. (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that his date of last employment was in 2018 and currently receives no income from employment. (*Id.* at 1.) Plaintiff also reports that he receives food stamps, and that his children pay certain bills including for "house rent, utilities and life insurance amounting to $1941 per month." (*Id.* at 2.) Plaintiff further reports owning a home in Fresno, California, that is valued at $250,000. (*Id.*) Having considered the application, the Court

1

requires additional information to determine if Plaintiff is entitled to proceed in forma pauperis in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. Plaintiff is requested to indicate, in the appropriate space, whether he owns his home outright or if there is a mortgage on the home. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2