UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOON SAYAVONG, | Case No.  1:26-cv-03078-FJS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE |
| v. | FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 4) |
| | FOURTEEN (14) DAY DEADLINE |

On April 22, 2026, Plaintiff Walter Boon Sayavong ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)  On April 27, 2026, this Court ordered Plaintiff to file a long form application to proceed *in forma pauperis.* (ECF No. 3.)

According to Plaintiff's application, Plaintiff receives monthly income from gifts in the amount of $1,941 per month before taxes. (ECF No. 4 at 1.) This amounts to an annual income of $23,292 ($1,941 x 12 months).  Plaintiff states no dependents on their application. (*Id.* at 3.)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services ("HHS") as a guidepost in evaluating *in forma pauperis* applications. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to *in forma pauperis* application). For a household of one, the 2026 poverty guideline is $15,960. *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited May 5, 2026).

Having considered Plaintiff's application, the court finds that Plaintiff has not made the showing required by section 1915 that he is unable to pay the required fees for this action. *See Clark v. Comm'r of Soc. Sec.,* No. 122-CV-00227-JLT-GSA, 2022 WL 1271005 (E.D. Cal. Apr. 28, 2022) (affirming denial application to proceed *in forma pauperis* were plaintiff's income is almost equal to expenses).  Plaintiff has attested to household income that exceeds the federal poverty guidelines. (ECF No. 4.) Hence, Plaintiff has not shown that he is unable to pay the filing fee while also providing for the necessities of life. Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a district judge to this action.

Furthermore, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed without prepayment of fees and costs (ECF No. 4) be DENIED; and

2. Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

2

Findings and Recommendations." Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page number if already in the record before the court. Any pages filed in excess of the 15-page limit may not be considered. The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3