UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BOON SAYAVONG, | Case No. 1:26-cv-03078-KES-FJS |
| Plaintiff, | ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS, DIRECTING CLERK OF COURT TO TERMINATE APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT, AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | (ECF Nos. 2, 4) |

Plaintiff Walter Boon Sayavong ("Plaintiff") filed a complaint on April 22, 2026, challenging a final decision of the Commissioner of Social Security denying an application for benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The court was unable to determine whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.) On May 6, 2026, findings and recommendations were issued recommending that Plaintiff's application to proceed *in forma pauperis* be denied. (ECF No. 6.) On May 18, 2026, Plaintiff paid the filing fee.

In light of the foregoing, the court finds that Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4) is moot and will direct the clerk of the court to terminate the application and serve the complaint in this action under the court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1.     The court's findings and recommendations (ECF No. 6) are withdrawn as MOOT;

2.     The clerk of the court shall TERMINATE the application to proceed *in forma*

*pauperis* (ECF Nos. 2, 4) as MOOT;

3. The clerk of the court is DIRECTED to issue a summons and new case documents, including the scheduling order; and

4. The clerk of the court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                           

UNITED STATES MAGISTRATE JUDGE

2