ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER (PA BAR NO. 208286)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2212
E-Mail: Joseph.Langkamer@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SAYAVONG,<br><br>Plaintiff,<br><br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:26-cv-03078-KES-FJS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 21, 2026, up to and including September 21, 2026. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further review the record in light of the issues raised in Plaintiff's motion. Also, this case has been assigned to a newer attorney in our office who the undersigned defense counsel is working with. Therefore, additional review time is needed. Plaintiff's counsel has no objection.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 19, 2026

/s/ *Jonathan O. Peña**
(*as authorized via e-mail on August 19, 2026)
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: August 19, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including September 21, 2026, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE